UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RACHEL AKEY, et al., | No. 2:14-cv-2402-KJM-KJN |
| Plaintiffs, | |
| v. | ORDER |
| PLACER COUNTY, et al., | |
| Defendants. | |

On May 5, 2016, the court conducted a hearing on plaintiffs' motion to compel the production of documents. (ECF No. 39.) At the hearing, attorney Patrick Dwyer appeared on behalf of plaintiffs, and attorney Clayton Cook appeared on behalf of defendants. After carefully considering the parties' joint statement regarding the discovery disagreement and the parties' representations at the hearing, IT IS HEREBY ORDERED that:

1. Plaintiffs' motion to compel (ECF No. 39) is GRANTED IN PART and DENIED IN PART.
2. Defendants shall expeditiously produce what the parties refer to as "Level III and E/R Referrals" for a period of 12 months of plaintiffs' choice. The months may be consecutive or non-consecutive, as long as a cumulative total of 12 months are requested. Plaintiffs shall advise defendants of their selected months as soon as

1

      possible, but in any event no later than seven (7) days after the issuance of this order.

3. If plaintiffs, upon review of the responsive documents, determine that they have a good faith basis to seek Referrals for an additional time period(s), they shall meet and confer with defendants about additional proposed time periods.  If the parties are unable to reach an informal resolution of the matter, they may seek the court's assistance in resolving the matter.[1]

4. Plaintiffs' request for sanctions is DENIED, because the court finds that defendants were substantially justified in opposing plaintiffs' motion.

IT IS SO ORDERED.

Dated:  May 6, 2016

                                                              KENDALL J. NEWMAN
                                                              UNITED STATES MAGISTRATE JUDGE

---

[1] The court strongly encourages the use of informal telephonic discovery conferences with the court in lieu of formal discovery motion practice.  The procedures and conditions for requesting and conducting such an informal telephonic discovery conference are outlined in Judge Newman's "Order re Informal Telephonic Conferences re Discovery Disputes," posted on the court's website at http://www.caed.uscourts.gov/caednew/index.cfm/judges/all-judges/5046/.  Additionally, subject to the court's availability, the court will rule on disputes encountered at oral depositions, so as to avoid such depositions from breaking down.  In the course of the deposition, the parties may contact Judge Newman's courtroom deputy clerk at (916) 930-4187 to inquire regarding Judge Newman's availability.  However, the parties are cautioned that these informal procedures are not to be abused, and the court may impose appropriate sanctions on an offending party or parties, even in the course of informal discovery conferences.