UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RACHEL AKEY, et al., | No. 2:14-cv-2402 KJM DB |
| Plaintiffs, | |
| v. | ORDER |
| PLACER COUNTY, et al., | |
| Defendants. | |

On September 20, 2016, the parties filed a stipulation for an order shortening time to hear plaintiffs' and defendants' motions to compel prior to the September 30, 2016 close of discovery. (Dkt. No. 65.) Pursuant to the parties' stipulation, the parties filed joint statements on September 21, 2016. (Dkt. Nos. 66 & 67.) The court, however, is unable to accommodate the parties' request. Moreover, a review of the joint statements finds that hearing the motions on shortened time is unnecessary.

Accordingly, IT IS HEREBY ORDERED that:

1. The parties' September 20, 2016 motion for an order shortening time (Dkt. No. 65) is denied; and

/////

/////

/////

1

2. The parties' motions to compel (Dkt. Nos. 66 & 67) shall be heard on **September 30, 2016** at **10:00 a.m.** in courtroom No. 27 before the undersigned.

Dated:  September 23, 2016

_____
DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE

DLB:6
DLB1\orders.civil\akey2402.ost.den