UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAHCEL AKEY, et al., | No. 2:14-cv-2402 KJM DB |
| Plaintiffs, | |
| v. | ORDER |
| PLACER COUNTY, et al., | |
| Defendants. | |

On September 30, 2016, this matter came before the undersigned for hearing of plaintiffs' motion to compel and defendants' motion to compel. Attorney Patrick Dwyer appeared on behalf of the plaintiffs. Attorney Clayton Cook appeared on behalf of the defendants.

Upon consideration of the arguments on file and at the hearing, and for the reasons set forth on the record at the hearing, IT IS HEREBY ORDERED that:

1. Defendants' September 21, 2016 motion to compel further responses to contention interrogatories (ECF No. 66) is denied;

2. Defendants' September 21, 2016 motion to compel plaintiff Rachel Akey's mental examination (ECF No. 66) is denied as having been rendered moot[1];

---

[1] At the September 30, 2016 hearing defendants expressed concern that the court may not be able to enforce plaintiff Akey's agreement to complete her mental examination after the September 30, 2016 discovery deadline. However, the court previously ordered plaintiff Akey to submit to a mental health examination. (ECF No. 61.) If plaintiff Akey fails to comply with the court's order

1

   3.  Defendants' September 21, 2016 motion to compel plaintiffs to compensate defendants for plaintiff Akey's failure to appear at her August 26, 2016 mental health examination (ECF No. 66) is granted in part;

   4.  Plaintiffs shall pay defendants $1,600 for plaintiff Akey's failure to appear at the August 26, 2016 mental health examination; and

   5.  Plaintiffs' September 21, 2016 motion to compel (ECF No. 67) is denied.

Dated:  September 30, 2016

_____
DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE

DLB:6
DLB1\orders.civil\akey2402.oah.093016.ord

defendants may move to compel plaintiff Akey's compliance with the August 22, 2016 order.

2