1

2

3

4

5

6

7

8                      UNITED STATES DISTRICT COURT

9                  FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11    RACHAEL AKEY, et al.,                    No.  2:14-cv-2402 KJM DB

12                 Plaintiffs,

13         v.                                   ORDER

14    PLACER COUNTY, et al.,

15                 Defendants.

16

17

18             On January 23, 2017, defendants County of Placer, Gloria Sutton, and Scott Myers

19    filed a request to seal and/or redact documents in any exhibits that are filed in connection with

20    motions for summary judgment that include names of third parties who are the subject of

21    complaints of abuse/neglect.  Req., ECF No. 94.  Defendants have sent redacted copies of the

22    subject documents to plaintiffs.  *Id.* at 2.  Plaintiffs have not opposed defendants' request as of the

23    date of this order.

24             The court finds good cause to allow redaction of the aforementioned documents.

25    The parties are ORDERED to redact the names of third parties who are the subject of complaints

26    of abuse/neglect in any exhibits that are filed in connection with motions for summary judgment.

27    Those documents include, but are not limited to, those documents attached to the Declaration of

28    Clayton Cook, which was shared via e-mail with plaintiffs and the court.

                                                1

1          IT IS SO ORDERED.

2     DATED:  March 1, 2017

3

4     _____

5                  UNITED STATES DISTRICT JUDGE

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28