UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAHCEL AKEY, et al.,<br><br>　　　　　Plaintiffs,<br><br>　v.<br><br>PLACER COUNTY, et al.,<br><br>　　　　　Defendants. | No. 2:14-cv-2402 KJM DB<br><br><br>ORDER |

On July 7, 2017, this matter came before the undersigned for hearing of plaintiffs' motion to compel. Attorney Patrick Dwyer appeared telephonically on behalf of the plaintiffs. Attorney Clayton Cook appeared in person on behalf of the defendants.

Upon consideration of the arguments on file and at the hearing, and for the reasons set forth on the record at the hearing, IT IS HEREBY ORDERED that:

1. Plaintiffs' June 30, 2017 motion to compel (ECF No. 116) is granted;

2. Plaintiffs may again depose Roger Coffman, for not more than 1 hour, on matters not addressed in Coffman's prior depositions;

3. Plaintiffs may depose Twylla Abrahamson for not more than 3 hours;

4. Plaintiffs may depose Eric Branson for not more than 3 hours;

5. Plaintiffs may again depose Gloria Sutton, for not more than 2 hours, on matters not addressed in Sutton's prior depositions;

1

6. Plaintiffs may again depose Scott Myers, for not more than 2 hours, on matters not addressed in Myers' prior depositions; and

7. These depositions shall be completed on or before July 31, 2017.

Dated: July 7, 2017

/s/ Deborah Barnes
DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE

DLB:6
DB/orders/orders.civil/akey2402.oah.070717