Patrick H. Dwyer, SBN 137743
Post Office Box 1705
Penn Valley, CA 95946
Telephone: (530) 432-5407
Fax: (530) 432-9122
Email: pdwyer@pdwyerlaw.com
Attorney for Plaintiffs Rachel Akey, N.D.,
and Ryan Cornacchioli

# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Rachael Akey, an individual, and N.D., a minor, by Rachel Akey as Guardian ad litem, and Ryan Cornacchioli, an individual, and Linda Clayton an individual,<br><br>Plaintiffs,<br><br>v.<br><br>Placer County, California, a county government, and Scott Myers, in his official capacity as a social worker supervisor and as an individual, and Gloria Sutton in her official capacity as a social worker and as an individual, and Does 1 through 10,<br><br>Defendants. | Case No. 2:14-cv-02402-KJM-DB<br><br>**ORDER ON PLAINTIFFS' REQUEST TO SEAL** |

## **ORDER**

GOOD CAUSE APPEARING THEREFOR, the Court hereby orders that the report of Defendants' expert witness, Dr. Barbara E. McDermott, lodged with the Court by Defendants on September 5, 2017, be filed under seal.

**IT IS SO ORDERED.**

DATED: September 20, 2017.

_____
UNITED STATES DISTRICT JUDGE