Patrick H. Dwyer, SBN 137743
P.O. Box 1705
Penn Valley, CA 95946
Tel: (530) 432-5407; Fax: (530) 432-9122
Email: pdwyer@pdwyerlaw.com
Attorney for Plaintiffs Rachel Akey, N.D., and
Ryan Cornacchioli

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA
SACRAMENTO DIVISION

| | |
|---|---|
| Rachel Akey, an individual, and N. D., a minor, by Rachel Akey as Guardian ad litem, and Ryan Cornacchioli, an individual, Plaintiffs v. Placer County, California, a county government, and Scott Myers, in his official capacity as a social worker supervisor and as an individual, and Gloria Sutton in her official capacity as a social worker and as an individual, and Does 1 through 10, Defendants. | CASE NO. 2:14-CV-02402 KJM DB<br><br>ORDER DENYING STIPULATION FOR ORDER ALLOWING OVERSIZE BRIEFS FOR MOTIONS UNDER FRCP 56 |

Whereas, counsel for Plaintiffs and Defendants are intending to file motions under FRCP 56 for their respective clients on or before October 6, 2017, and they are uncertain if the subject matter for the opening memoranda for the respective motions can be fully briefed in the 20 pages now allowed by the Court.

1      Now, therefore, the Parties, by and through their respective counsel of
2 record, hereby stipulate that each party may file an opening memorandum in
3 support of a FRCP 56 motion that does not exceed thirty (30) pages and each party
4 may file an opposition memorandum that does not exceed thirty (30) pages.

Date: October 3, 2017                 PLACER COUNTY COUNSEL'S OFFICE
By:    /s/   Clayton T. Cook
CLAYTON T. COOK
Attorneys for Defendants PLACER COUNTY, SCOTT MYERS, and GLORIA SUTTON

Date: October 3, 2017                 By:  /s/  Patrick H. Dwyer
Patrick H. Dwyer, SBN 137743
P.O. Box 1705; 17318 Piper Lane
Penn Valley, CA 95946
Tel: (530) 432-5407; Fax: (530) 432-9122
pdwyer@pdwyerlaw.com

Counsel for Plaintiffs

ORDER

The Court, finding no good cause, hereby DENIES the Stipulation for Order allowing the filing of oversize opening and opposition memoranda in support of FRCP 56 motions.

IT IS SO ORDERED.

Date: October 6, 2017

_____
UNITED STATES DISTRICT JUDGE