FILED

APR 2 5 2019

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RACHAEL AKEY, et al., | No. 2:14-cv-2402 KJM DB |
| Plaintiff, | |
| v. | JURY COMMUNICATION |
| PLACER COUNTY, et al., | |
| Defendant. | |

**REPLY FROM COURT TO NOTES RECEIVED ON April 25, 2019 at 1:13 PM**

Date sent to jury: April 25, 2019

Time sent to jury: 1:45 p.m.

    Regarding the parties' stipulated facts, please find a copy attached for your convenience, to be considered as explained in the court's final instructions.

    Regarding the note regarding your deliberations schedule, the court will have a further discussion in the courtroom with Juror Stegall before 2 p.m. and provide further direction thereafter.

DATED: April 25, 2019.

KIMBERLY J. MUELLER
U.S. DISTRICT JUDGE

1

| | **Joint Undisputed Facts** |
|---|---|
| 1. | Plaintiff Rachael Akey has a child, plaintiff N.D., with Cameron Dupree. Two months before the date of the incident in question in this action, Akey and Dupree ended a lengthy custody battle with the family court ordering joint custody of N.D., their three-year-old boy. |
| 2. | At the time of the incident, Ms. Akey was 21 years old, and married to and living with Ryan Cornacchioli. |
| 3. | On or about September 12, 2013, N.D. complained to his teachers at school that his stepfather, Cornacchioli, tried to choke him. |
| 4. | N.D.'s teachers reported the choking allegation to Placer County Child Protective Services ("CPS"). Defendant Gloria Sutton was the County employee assigned to the CPS case for N.D. and defendant Scott Myers was her supervisor. |
| 5. | Ms. Sutton went to N.D.'s school, where she met with N.D. and other witnesses. |
| 6. | N.D.'s school was about five minutes (about 2 miles) from Akey's residence. |
| 7. | After Sutton interviewed N.D., she called Akey about the alleged choking of N.D. The call took place at around 1:19 p.m. |
| 8. | Myers called Akey at around 1:35 p.m., roughly fifteen minutes after Sutton spoke with her. |
| 9. | Neither Sutton nor Myers met with Akey in person on September 12, 2013. |
| 10. | Sutton and Myers did not present Rachael Akey with a written safety plan. |
| 11. | Sutton and Myers did not file a Welfare and Institutions Code section 300 petition with the court to make a change in N.D.'s custody. |
| 12. | N.D remained at school while Sutton and Myers spoke with Akey, where he was under the supervision of school staff. |
| 13. | Sutton arranged for Dupree's fiancé, Sarah Christenson, to pick up N.D. from school that afternoon. |
| 14. | Dupree, upon the advice of Sutton and Myers, filed a request for sole custody of N.D. through an ex parte application with the family court. The application had a hearing date of September 20, 2013. |
| 15. | The family court ruling on September 20, 2013 gave sole custody of N.D. to Dupree, but allowed Akey to have supervised visitations and a daily phone call with N.D. |