**FILED**

APR 3 0 2019

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RACHAEL AKEY, et al., | No. 2:14-cv-2402 KJM DB |
| Plaintiff, | |
| v. | JURY COMMUNICATION |
| PLACER COUNTY, et al., | |
| Defendant. | |

**REPLY FROM COURT TO NOTES RECEIVED ON April 30, 2019 at 2:17 PM**

Date sent to jury: April 30, 2019

Time sent to jury:  3:08 pm

      The parties have been unable to locate copies of the exhibit pages you have requested with the caption at the top fully legible. The parties agree, however, that each "blacked out" portion of plaintiff's Exhibit 6 includes the words "Placer County" and identifies the policy beginning on that page as a policy of Placer County's Childs' System of Care. The parties further agree that all of the policies included as Exhibit 6 were in effect as of September 12, 2013.

DATED: April 30, 2019.

KIMBERLY J. MUELLER
U.S. DISTRICT JUDGE