

**FILED**

MAY - 1 2019

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| RACHAEL AKEY, et al., | No. 2:14-cv-2402 KJM DB |
|---|---|
| Plaintiff, | |
| v. | JURY COMMUNICATION |
| PLACER COUNTY, et al., | |
| Defendant. | |

**REPLY FROM COURT TO NOTES RECEIVED ON May 1, 2019 at 9:00 AM**

Date sent to jury: May 1, 2019

Time sent to jury: 9:23 AM

The court is providing 8 copies of the verdict form as requested, while noting they are copies only. The official verdict form is the form previously provided and is the one to be used by the foreperson to record the jury's verdict.

DATED: May 1, 2019.

KIMBERLY J. MUELLER
U.S. DISTRICT JUDGE

1