Patrick H. Dwyer, SBN 137743
P.O. Box 1705
Penn Valley, CA 95946
Tel: (530) 432-5407
Fax: (530) 432-9122
Email: pdwyer@pdwyerlaw.com
Attorney for Plaintiffs RACHAEL AKEY and N.D.

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Rachael Akey, an individual, and N.D., a minor, by Rachel Akey as Guardian ad litem, <br><br> Plaintiffs, <br><br> v. <br><br> Placer County, California, a county government, and Scott Myers, in his official capacity as a social worker supervisor and as an individual, and Gloria Sutton in her official capacity as a social worker and as an individual, and Does 1 through 10, <br><br> Defendants. | Case No. 2:14-cv-02402-KJM-DB <br><br> **ORDER APPROVING MINOR'S TRUST** |

PURSUANT TO STIPULATION OF THE PARTIES, it is hereby ORDERED that:

1. The Settlement Agreement is approved;

2. The Court shall retain jurisdiction to enforce Sections 3 and 8 of the Settlement agreement;

3. The Minor's Trust is approved;

4. The parties are ordered to fund the Minor's Trust and take all necessary steps to ensure its creation;

5. The invoice of Herrig & Vogt, LLP for services in the formation of the Minor's Trust is approved for payment from the trust;

6. The invoice of Dean & Downs for services in the formation of the Minor's Trust is approved for payment from the trust;

7. Upon completion of payment under Section 3 of the Settlement Agreement, Plaintiffs shall prepare and file a dismissal of the action with prejudice, whereupon, the Court will enter a final order of dismissal of the action.

March 6, 2020.

_____
CHIEF UNITED STATES DISTRICT JUDGE